**Ronald Lee WOLFE**

v.

**Elbert V. NASH, Warden, Mo. State Penitentiary.**

**No. 17507.**

United States Court of Appeals
Eighth Circuit.

Nov. 27, 1963.

James B. Herd and James J. Sauter, St. Louis, Mo., for petitioner.

Thomas F. Eagleton, Atty. Gen., for the State of Missouri, for respondent.

PER CURIAM.

Application for Certificate of Probable cause to be filed without payment of filing fee; application for certificate of probable cause denied and application for stay of execution of sentence denied.

**UNITED STATES of America**

v.

**Lyle FRITZ, etc., et al.**

**No. 17447.**

United States Court of Appeals
Eighth Circuit.

Nov. 13, 1963.

John O. Garaas, U. S. Atty., for appellant.

Mart Vogel, Fargo, N. D., Attorney for appellee.

PER CURIAM.

Appeal dismissed on stipulation of parties, D.C., 216 F.Supp. 156.